UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK RODRIGUEZ AND KINA THOMAS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GORES GUGGENHEIM, INC., ALEC E. GORES, ANDREW M. ROSENFIELD, MARK R. STONE, ANDREW MCBRIDE, RANDALL BORT, ELIZABETH MARCELLINO, NANCY TELLEM, THOMAS INGENLATH, JOHAN MALMQVIST, and PER ANSGAR,<br><br>Defendants. | Case No: 2:25-cv-05403<br><br>**PLAINTIFFS' AND GORES GUGGENHEIM, INC. DEFENDANTS' (CORRECTED) STIPULATION ACCEPTING SERVICE** |

**WHEREAS**, on January 30, 2025, Plaintiff John Britton filed a putative class action (the "Britton Action") against Polestar Automative Holding UK PLC ("Polestar"), Thomas Ingenlath, Johan Malmqvist and Per Ansgar (collectively, the "Polestar Defendants"), on behalf of investors that purchased Polestar securities, with notice of the action being issued on that date pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), advising of the March 31, 2025 deadline for seeking appointment as lead plaintiff (Britton Action Dkt. Nos. 1, 9-4);

**WHEREAS**, on May 23, 2025, Plaintiffs Frank Rodriguez and Kina Thomas ("Plaintiffs") filed a putative class action (the "Rodriguez Action") against the Polestar Defendants and Alec E. Gores, Andrew M. Rosenfield, Mark R. Stone, Andrew McBride, Randall Bort, Elizabeth Marcellino, and Nancy Tellem (collectively, the "GGI Defendants"), on behalf of purchasers of Polestar securities and the securities of Gore Guggenheim, Inc. ("GGI"), the special acquisition

1

company that became Polestar by virtue of a business combination (Rodriguez Action Dkt. No. 1);

**WHEREAS,** on May 23, 2025, a motion to transfer the Britton Action to the U.S. District Court for the Southern District of New York was filed (Britton Action Dkt. No. 17);

**WHEREAS,** on June 11, 2025, Plaintiffs sent waivers of service to the GGI Defendants, pursuant to Fed. R. Civ. P. 4.

**WHEREAS,** on June 20, 2025, a motion to consolidate the Britton Action and the instant Rodriguez Action was filed (Britton Action Dkt. No. 20);

**WHEREAS,** on July 22, 2025, the GGI Defendants returned the executed waivers of service to Plaintiffs;

**WHEREAS,** on September 4, 2024, this Court issued a Notice of Call for Dismissal pursuant to Fed. R. Civ. P. 4(m), directing Plaintiffs to file proof that service was effected within ninety (90) days of January 30, 2025;

**WHEREAS,** Plaintiffs did not serve copies of the summons and complaint on Polestar Defendants within the ninety (90) day period prescribed by Fed. R. Civ. P. 4(m);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, as follows:

1. The GGI Defendants hereby confirm their acceptance of service of process in the Rodriguez Action.

2. The Rodriguez Action is temporarily stayed as to the GGI Defendants and no response to the Complaint in the Rodriguez Action is due from the GGI Defendants until forty-five (45) days after the motion to transfer the Britton Action and the motion to consolidate the Britton Action with the instant Rodriguez Action are decided.

LEGAL02/46620432v2

Dated: September 11, 2025

**GAINEY McKENNA & EGLESTON**

*/s/ Barry Gainey*
Barry Gainey
375 Abbott Road
Paramus, NJ 07652
Tel.: (201) 225-9001
Fax: (201) 225-9002
Email: bgainey@gme-law.com

Thomas J. McKenna
Gregory M. Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
Tel.: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiffs*

**WEIL GOTSHAL & MANGES LLP**

*/s/ Diane P. Sullivan*
John A. Neuwirth
Diane P. Sullivan
Evert J. Christensen, Jr.
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
Email: john.neuwirth@weil.com
Email: diane.sullivan@weil.com
Email: evert.christensen@weil.com

*Counsel for the GGI Defendants*

SO ORDERED this 15th day of September, 2025.

HONORABLE JAMES B. CLARK, III
UNITED STATES Magistrate Judge

3

LEGAL02/46620432v2