UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK RODRIGUEZ AND KINA THOMAS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GORES GUGGENHEIM, INC., ALEC E. GORES, ANDREW M. ROSENFIELD, MARK R. STONE, ANDREW MCBRIDE, RANDALL BORT, ELIZABETH MARCELLINO, NANCY TELLEM, THOMAS INGENLATH, JOHAN MALMQVIST, and PER ANSGAR,<br><br>        Defendants. | Case No: 2:25-cv-05403 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Frank Rodriguez and Kina Thomas, individually and on behalf of all others similarly situated, hereby voluntarily dismiss the above-captioned action with prejudice as to all Defendants.

This Notice is filed prior to service of an answer or motion for summary judgment by Defendants. Accordingly, dismissal is effective upon filing of this Notice.


Dated: April 2, 2026                    **GAINEY McKENNA & EGLESTON**

                                                 */s/ Barry Gainey*
                                                  Barry Gainey
                                                 375 Abbott Road
                                                 Paramus, NJ 07652
                                                 Tel.: (201) 225-9001
                                                 Fax: (201) 225-9002
                                                 Email: bgainey@gme-law.com

1

Thomas J. McKenna
Gregory M. Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
Tel.: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiffs*

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:   4/6/2026

2